IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ERIC THOMAS GILBERT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ATS SPECIALIZED INC, et al., | ) ) |
| Defendants. | ) Civil Action No. 1:15-CV-041-C |

## ORDER

In the Findings, Conclusions and Recommendation filed February 2, 2017, the Magistrate Judge recommended that the Court find that jurisdiction over this action is lacking and dismiss the case pursuant to Fed. R. Civ. P. 12(h)(3). No timely objection to the Report and Recommendation was filed.

After reviewing the Report and Recommendation for plain error, the Court finds that the findings and conclusions of the Magistrate Judge are correct and adopts them as the findings and conclusions of the Court.

Accordingly, the Court finds that subject matter jurisdiction is lacking and this case is **DISMISSED** WITHOUT PREJUDICE.

SO ORDERED this 3rd day of March, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE