IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| ERIC THOMAS GILBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ATS SPECIALIZED INC, et al., | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 1:15-CV-041-C |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered civil action is **DISMISSED** WITHOUT PREJUDICE.

Dated this 3 __ day of March, 2017.


_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE